

**COM.**

**v.**

**CARSON, K.**

**1624 WDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–25–CR–0002858–2012
(Erie)

Affirmed

**COM.**

**v.**

**FALCON, D.**

**1730 WDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–65–CR–0002450–2013
(Westmoreland)

Affirmed

**IN RE: D.T.P., a Minor,**

**Appeal of: A.T.E.**

**64 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

05/15/2017 (Butler)

Affirmed

**IN RE: D.W.G., III,**

**Appeal of: D.W.G., Jr., father**

**77 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

2016 AD 11C (Blair)

Affirmed

**IN RE: A.S.E.G.,**

**Appeal of: D.W.G., Jr., father**

**78 WDA 2017**

Superior Court of Pennsylvania.

05/15/2017

2016 AD 11B
(Blair)

Affirmed